IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

QUAVARIUS MILLON[1]                                                              PLAINTIFF

V.                          CASE NO. 3:25-cv-00214-JM

STATE OF ARKANSAS, et al,                                                     DEFENDANTS

## ORDER

The Court has reviewed Plaintiff Quavarius Millon's § 1983 complaint. It reads like a § 2254 habeas petition because he is challenging the legality of criminal conviction, asking for a retrial, and to appeal his revocation hearing. (Doc. 2 at 5). That relief isn't available to him under § 1983.

Before the Court proceeds further, it would like to hear from Millon. The Court gives Millon the opportunity to clarify the nature of this action. *E.g.*, *Spencer v. Haynes*, 774 F.3d 467, 471 (8th Cir. 2014). He must file a notice stating whether he intended to file a habeas petition. Once the Court receives Millon's notice, it will either screen his 42 U.S.C. §1983 complaint as required by 28 U.S.C. § 1915A or it will redesignate his complaint as a petition for federal habeas relief under § 28 U.S.C. § 2254. But fair warning, if this case is converted to a habeas petition, and if the Court ultimately denies relief on the merits, any subsequent § 2254 petition will be subject to the statute's restrictions on successive petitions. *Shaw v. Delo*, 971 F.2d 181, 184 (8th Cir. 1992).

Because the case designation of the complaint directly affects the filing fee, the Court will hold under advisement Millon's motion for leave to proceed *in forma pauperis*. (Doc. 1). Millon

---

[1] In searching CourtConnect, the Court notes that Plaintiff's name is sometimes spelled "Qua'Varius" and "Milon".

must file his notice no later than November 5, 2025. If he fails to do so, the Court will dismiss his case pursuant to Local Rule 5.5.

If the Court grants him permission to proceed *in forma pauperis*, then the administrative fee will be waived, but Millon will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

IT IS SO ORDERED this 7th day of October 2025.

_____
UNITED STATES DISTRICT JUDGE