IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**QUAVARIUS MILLON**[1]                                                      **PLAINTIFF**

V.                         CASE NO. 3:25-cv-00214-JM

**STATE OF ARKANSAS,** *et al.*                                              **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 14th day of November, 2025.

_____
UNITED STATES DISTRICT JUDGE

---

[1] In searching CourtConnect, the Court notes that Plaintiff's name is sometimes spelled "Qua'Varius" and "Milon".